UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOYCE HENRY,<br><br>                Plaintiff,<br><br>    v.<br><br>AMERICAN COMMERCE INSURANCE COMPANY,<br><br>                Defendant. | No.  4:16-CV-5110-EFS<br><br>**ORDER DISMISSING CASE** |

On October 20, 2016, the parties filed a stipulated dismissal, ECF No. 4.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

    **1.**    The parties' Stipulation for Order of Dismissal, **ECF No. 4**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All hearings and other deadlines are **STRICKEN.**

    **4.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   25th   day of October 2016.

                                s/Edward F. Shea
                                EDWARD F. SHEA
              Senior United States District Judge

Q:\EFS\Civil\2016\5110.Henry.ord.stip.dismiss.lc02.docx

ORDER DISMISSING CASE - 1